

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:    01-19-00331-CV

Trial Court Cause
Number:    2015-69097

Style:    Jack J. Grynberg and RSM Production Corporation

v. Rodeo Resources, L.P. and Jim Ford

Date motion filed*:    March 9, 2020

Type of motion:    Motion for Extension of Time

Party filing motion:    Appellants

Document to be filed:    Reply Brief

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:
    Original due date:    March 9, 2020
    Number of previous extensions granted:    1
    Date Requested:    4 days

Ordered that motion is:

    ☒   Granted

        If document is to be filed, document due:  **March 13, 2020**

        ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Judge's signature: /s/ Evelyn V. Keyes
        ☒ Acting individually    ☐ Acting for the Court

Date: March 12, 2020